■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSE QUINONES, Appellant. [778 NYS2d 293]—Appeal by the defendant from a judgment of the Supreme Court, Queens County (McGann, J.), rendered November 13, 2002, convicting him of murder in the second degree, criminal possession of a weapon in the second degree, and criminal possession of a weapon in the third degree, after a nonjury trial, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence, including a videotaped confession, in the light most favorable to the prosecution (*see People v Contes*,

60 NY2d 620 [1983]), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see* CPL 470.15 [5]).

The sentence imposed was not excessive (*see People v Suitte,* 90 AD2d 80 [1982]). Altman, J.P., Smith, Krausman and Skelos, JJ., concur.